[No. 39229-1-II. Division Two. May 20, 2010.]

TERESA E.L. BIENICK ET AL., *Appellants*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-01446-0, Richard D. Hicks, J., entered March 31, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[Nos. 39248-8-II; 39255-1-II. Division Two. May 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY ANN GREENE, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 08-1-02177-7, John F. Nichols, J., entered March 27, 2009. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Hunt, JJ.

[No. 39402-2-II. Division Two. May 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY GUY JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00498-0, Carol Murphy, J., entered June 11, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 39445-6-II. Division Two. May 20, 2010.]

WILLIAM B. STANCHFIELD, *Respondent*, v. IRVING B. JONES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-11370-7, Ronald E. Culpepper, J., entered May 25, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Van Deren, C.J., concurred in by Hunt and Penoyar, JJ.